WILLIAM A. VAN METER, ESQ.
Nevada State Bar No. 2803                                    Electronically Filed on:  November 20, 2025
P.O. Box 6630
Reno, Nevada 89513
Telephone:  (775) 324-2500

Chapter 13 Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. 25-50931-HLB |
| | CHAPTER 13 |
| HONESTO RAMOS AGUSTIN, | |
| | **TRUSTEE'S OBJECTIONS TO** |
| Debtor. | **CONFIRMATION OF CHAPTER 13 PLAN** |
| | |
| | Hearing Date: 12/11/2025 |
| | and Time:        3:00 pm |
| | /  (Time Required – 1 minute) |

The Trustee objects to confirmation of the Debtor(s) Chapter 13 Plan or any Amended Plan to the extent the proposed Plan contains provisions inconsistent with the provisions of 11 U.S.C. §1322 or to the extent the requirements of 11 U.S.C. §1325 have not been satisfied.   In connection with plan confirmation, the Trustee requests that the court determine that the Debtor has complied with 11 U.S.C. § 521(a)(1) and, that the automatic dismissal provisions of 11 U.S.C. § 521(i) do not apply.

The Trustee raises the following additional confirmation issues that are checked below:

___X__          The Plan does not satisfy the best interest of creditors test.  11 U.S.C. §1325 (a)(4).  The scheduled value of the Debtor's non-exempt assets is minimum  **$90,000.00**.  The Trustee projects that holders of unsecured claims will receive distributions totaling approximately **$0.00**.

__X___          The Debtor(s) projected Disposable Income during the applicable Commitment Period is not applied to make payments to unsecured claims in this case.  11 U.S.C. §§1325(b)(1)(B) & (b)(2). Based on the supporting documentation provided to the Trustee and the Trustee's review of the Debtor's form B22C and Schedules I and J, the Debtor(s) has miscalculated their Current Monthly Income as defined by 11 U.S.C. § 101(10A) and their disposable income as defined by 11 U.S.C. § 1325(b)(2).
        **The Calculation of the Debtor's liquidation value has resulted in an amount sufficient to provide the unsecured creditors with a 100% distribution and the plan is proposed as such. At this time the plan does not adequately provide for that amount. As long as the plan provides a 100% distribution to all allowed claims the Trustee will withdraw his objections to confirmation.**

__X___          The Plan does not provide for all scheduled administrative, secured and priority claims and/or **the proposed Plan payments are not adequate to provide for full payment of all administrative, secured and priority claims. 11 U.S.C. §1322(a).**

__X___  The Plan does not satisfy the good faith requirements of 11 U.S.C. §1325(a)(3) and/or (a)(7).

__X___  Other.  **Counsel has requested attorney fees and costs in the amount of $25,313.00. This is above the amount awarded in a Chapter 13 case. The Trustee therefore believes that the amount requested should be supported by a separate fee application.**

**The Plan also provides for an additional $15,000.00 in Section 2.11 "Additional Attorney's Fees", and an additional $1,000.00 in Section 2.12 "Other Administrative Expenses".   The Trustee requests clarification of the attorney fees and an amendment to the appropriate documents should be filed with the Court.**

DATED:  November 20, 2025                    /S/ WILLIAM A. VAN METER_____
                                                              William A. Van Meter, Trustee

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Bankr. P. 9014, 7004 and Fed. R. Civ. P. 4(g), I Katie Christ hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on November 20, 2025, I Electronically Filed the attached **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter generate a Notice of Electronic Filing and electronically transmit the document to:

Dated:  November 20, 2025

/S/ Katie Christ
Katie Christ

CHRISTOPHER P.  BURKE, ESQ.
526 LANDER STREET
RENO, NV 89509

HONESTO RAMOS AGUSTIN                          Served by First Class Mail
1672 MARINETTE COURT
RENO, NV 89523