Christopher P. Burke, Esq.
526 Lander Street
Reno NV  89509
(775) 333-9277
Nevada SBN:004093
*attycburke@charter.net*
Attorney for Debtor(s)

Electronically filed: 1/06/2026

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

HONESTO RAMOS AGUSTIN

Debtor.

Case No.BK-25-50931-HLB

Chapter 13

**SUPPLEMENTAL BRIEF ON MOTION FOR RELIEF FROM AUTOMATIC STAY OR ALTERNATIVELY, TO CONFIRM THERE IS NO AUTOMATIC STAY**

Hearing Date: 12/11/2025
Hearing Time: 1:30 p.m.

Con't Hearing Date: 1/15/2026
Con't Hearing Time: 1:30 p.m.

**I**

**HISTORY OF MOTION**

On December 11, 2025, this Court heard oral argument on Champery Rental REO, LLC's Motion for Relief From Automatic Stay (Dkt. 18) in this case and continued the hearing to January 15, 2026 at 1:30 p.m. to allow Agustin to file a Supplemental Brief.

On December 1, 2025 Agustin filed an adversary complaint (Adv. No. 25-05046-HLB), against Defendants, Champery Rental Reo LLC, Anthony DeMartino, Wedgewood Llc, Nevada Community Management, Stonebrook Community Association, Regency at Stonebrook, Red Rock Financial Services, (together, "the Defendants").

On January 2, 2026, Defendant, Champery Rental REO, LLC ("Champery"),

1

Anthony Demartino ("Mr. Demartino"), and Wedgewood, LLC ("Wedgewood") (collectively, "Responding Defendants") filed a Motion to Dismiss the Adversary.

**II**

**ARGUMENT**

Upon reconsideration, and after extensive review of existing law, Agustin finds there is no legal basis to deny lifting the stay on the real property 7348 Oakmont Lane, Sparks, Nevada.

However, Agustin contends Champery, and all the Defendants wrongfully foreclosed on 7348 Oakmont Lane. Thus, Agustin will continue to pursue his adversary against the Defendants that he filed on December 1st 2025. (Adv. No. 25-05046-HLB).

**III**

**CONCLUSION**

Because there appears to be no legal basis to deny the lifting of the stay, Agustin no longer opposes it.

DATED this 6TH day of January 2026.

/s/ *Christopher P. Burke, Esq.*
Christopher P. Burke, Esq.
Nevada Bar No. 004093
526 Lander Street
Reno, Nevada 89509
(775)333-9277
Attorney for Debtor

2

**CERTIFICATE OF SERVICE**

I hereby certify that the 6TH day of January 2026, I caused the above and foregoing Supplemental Brief on Motion for Relief from Automatic Stay or Alternatively to Confirm there is no Automatic Stay [Dkt. #18] to be sent by electronic notice through the Court's ECF program and/or depositing same in the United States Mail, first class, postage prepaid, in a securely sealed envelope and addressed to the last known address of the following:

Casey J. Nelson, Esq.
Brandon Trout, Esq
WEDGEWOOD, LLC
2320 Potosi Street, Ste. 130
Las Vegas, Nevada 89146

BRANDON TROUT on behalf of Interested Party Champery Rental REO, LLC
btrout@wedgewood-inc.com, ntrautman@wedgewood-inc.com

WILLIAM A. VAN METER
ECF@reno13.com, trusteeNVB4v@ecf.epiqsystems.com

WILLIAM A. VAN METER on behalf of Trustee WILLIAM A. VAN METER
ECF@reno13.com, trusteeNVB4v@ecf.epiqsystems.com

/S/ *Kimberly Wilson*
Employee of
Christopher P. Burke, Esq.

3